Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　　**FORM 4**

---

SUN METALS GROUP, LLC

　　　　　　　　　　Plaintiff,

　　v.

UNITED STATES; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; KATHERINE TAI, U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; CHRIS MAGNUS, U.S. CUSTOMS AND BORDER PROTECTION COMISSIONER,

　　　　　　　　　　Defendants.

**SUMMONS 22-00234**

---

**TO:**　The Above-Named Defendants:

　　　You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Mario Toscano**
Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　Name, Address, Telephone Number and
　　　　　　　　　　　　　　　　　　　　　　E-mail Address of Plaintiff's Attorney

/s/ Brady W. Mills
Signature of Plaintiff's Attorney

Brady W. Mills
Morris, Manning & Martin, LLP
1401 Eye Street, NW
Suite 600
Washington, D.C. 20005
(202) 216-4116
bmills@mmmlaw.com

8/9/2022
　　　Date

\*   If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

Form 4-1

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

14435278–1